UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. WALLACE COPPOCK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RUSSELL GREEN, et al.,<br><br>Defendants. | Case No. 19-cv-00874-SI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION**<br><br>Re: Dkt. No. 27 |

On April 19, 2019, Magistrate Judge Corley issued a screening order concluding plaintiffs' complaint failed Section 1915 review. (Dkt. No. 25.) Judge Corley granted plaintiffs leave to file an amended complaint by May 3, 2019; plaintiffs did not do so and did not otherwise contact the Court. Because all parties have not appeared and consented to magistrate jurisdiction, this action was reassigned to the undersigned district court judge on May 8, 2019. *See Williams v. King*, 875 F.3d 500, 504 (9th Cir. 2017) (holding that magistrate jurisdiction "cannot vest until the court has received consent from all parties to an action."). That same day Judge Corley also issued a Report and Recommendation for the district judge to dismiss the complaint for failure to state a plausible claim for relief. Dkt. No. 27. The parties were given 14 days fourteen days from the date they were served with Judge Corley's Report and Recommendation to file objections and were told that failure to file an objection may waive the right to review the issue in the district court. No objections have been filed.

This Court has reviewed de novo the complaint, Judge Corley's Section 1915 Initial Screening of Complaint order, and the Report and Recommendation to Dismiss. This Court agrees with that analysis, and finds that the complaint fails to state a plausible claim for relief.. Accordingly, this Court hereby ADOPTS the Report and Recommendation and DISMISSES this case without prejudice.

**IT IS SO ORDERED**.

Dated: June 5, 2019

_____
SUSAN ILLSTON
United States District Judge